IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
PEORIA DIVISION

| | |
|---|---|
| DION MCNEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-cv-1413 |
| v. | ) |
| | ) |
| MCLEAN COUNTY BOARD; MCLEAN COUNTY BOARD OF HEALTH; JUDY BUCHANAN, HANNAH EISNER, ALAN GINZBURG, SCOTT HUME, ROBERT KOHLHASE, SONJA REECE, CARLA POHL, RICHARD GINNETTI, CORY TELLO, SUSAN SCHAFER, CAMILLE RODRIGUEZ, JESSICA MCKNIGHT, and MICHELLE BUTLER, In Their Individual Capacities, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Plaintiff, DION MCNEAL, by and through his attorney, Nina R. Gougis, and for his Motion for Leave to File First Amended Complaint states as follows:

1. Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on July 2, 2021. (Doc. 81).

2. This Court granted Plaintiff an extension to July 30, 2021 to respond to the motion to dismiss.

3. Plaintiff requires additional time to respond to Defendants' motion, given the length of the motion, the complexity of the legal arguments presented, and the current professional schedule of Plaintiff's counsel, as well as recent health issues of Plaintiff's counsel.

4.  Plaintiff requests an additional 14 days – or until August 13, 2021, to respond to Defendants' Motion.

5.  Plaintiff's Counsel emailed Defendants' counsel, Carrie Haas on July 28, 2021 to inquire whether Ms. Haas objected to the request for extension. Ms. Hass responded stating she has no objection. The email chain is attached hereto.

WHEREFORE, Plaintiff, DION MCNEAL, requests that this Court grant him an additional 14 days, or until August 13, 2021, to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

Respectfully Submitted,

DION MCNEAL, Plaintiff,

By: /s/ Nina R. Gougis
Attorney for Plaintiff

Law Office of Nina R. Gougis
411 Hamilton Blvd., Ste. 1928
Peoria, Illinois 61602
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2021, I electronically filed the foregoing Motion, along with this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notice to the following CM/ECF participants:

Carrie L. Haas (Illinois Bar No. 6281053)
clh@dunnlaw.com
DUNN LAW FIRM LLP
1001 N. Main Street, Suite A
Bloomington, Illinois 61701
TEL:  309-828-6241
FAX:  309-828-8321

Christopher Spanos, Co-Counsel for Defendants
115 E. Washington St., Suite 401
Bloomington, IL 61701
TEL: 309-888-5110
chris.spanos@mcleancountyil.gov

                                                              /s/ Nina R. Gougis
                                                              Nina R. Gougis

Law Office of Nina R. Gougis
411 Hamilton Blvd., Ste. 1928
Peoria, Illinois 61602
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com



Nina Gougis <ninagougislaw@gmail.com>

# 1:20-cv-01413-JBM-JEH McNeal v. McLean County Board et al
3 messages

---

**Nina Gougis** <ninagougislaw@gmail.com>  Wed, Jul 28, 2021 at 10:56 AM
To: "Carrie L. Haas" <clh@dunnlaw.com>

Hello Carrie,

Our response to the motion to dismiss is due this Friday, July 30th. Would you be agreeable to another two-week extension - until Friday, August 13th - to file this response?

I recently had some health issues and am requesting additional time mainly due to that.

I do plan to file the motion by the end of the day today.

Nina R. Gougis
Law Office of Nina R. Gougis
411 Hamilton Blvd., Ste. 1928
Peoria, Illinois 61602
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com


**CONFIDENTIALITY NOTICE**

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the Law Office of Nina R. Gougis via e-mail at ninagougislaw@gmail.com of the error, delete the message and destroy any copy of the message.

---

**Carrie L. Haas** <clh@dunnlaw.com>  Wed, Jul 28, 2021 at 11:09 AM
To: Nina Gougis <ninagougislaw@gmail.com>

Hi Nina!


No issue at all.  You can show Defendants have no objection to the motion.


Take care,


Carrie


Carrie L. Haas

Dunn Law Firm, LLP

1001 N. Main Street, Suite A

Bloomington, Illinois 61701

Ph: (309) 828-6241

Fax: (309) 828-8321

CLH@dunnlaw.com

NOTICE: This communication is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et seq.) and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and all attachments, and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or attachments. Thank you.

[Quoted text hidden]

---

**Nina Gougis** <ninagougislaw@gmail.com>   Wed, Jul 28, 2021 at 11:11 AM
To: "Carrie L. Haas" <clh@dunnlaw.com>

Thank you!

Nina R. Gougis
Law Office of Nina R. Gougis
411 Hamilton Blvd., Ste. 1928
Peoria, Illinois 61602
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com

**CONFIDENTIALITY NOTICE**

This electronic mail message is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure. Distribution or copying by any person or entity other than the intended recipient is hereby prohibited. If you receive this message in error, please notify the Law Office of Nina R. Gougis via e-mail at ninagougislaw@gmail.com of the error, delete the message and destroy any copy of the message.

[Quoted text hidden]