IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DION MCNEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-cv-1413 |
| v. | ) |
| | ) |
| MCLEAN COUNTY BOARD; | ) |
| MCLEAN COUNTY BOARD OF | ) |
| HEALTH; JUDY BUCHANAN, | ) |
| HANNAH EISNER, ALAN GINZBURG, | ) |
| SCOTT HUME, ROBERT KOHLHASE, | ) |
| SONJA REECE, CARLA POHL, | ) |
| RICHARD GINNETTI, CORY TELLO, | ) |
| SUSAN SCHAFER, CAMILLE | ) |
| RODRIGUEZ, JESSICA MCKNIGHT, | ) |
| and MICHELLE BUTLER, | ) |
| In Their Individual Capacities, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Nina R. Gougis, attorney for Plaintiff, DION MCNEAL, hereby moves the Court for leave to withdraw as counsel and in support of her motion states as follows:

1. The last known address of the Plaintiff is 4516 W. George Street, Chicago, Illinois 60641.

2. There is good cause for Ms. Gougis to withdraw as attorney in this case. Specifically, Ms. Gougis very recently has accepted employment that requires her to close her practice. Ms. Gougis is providing notice to this Court as soon as possible. Ms. Gougis plans to close her practice by mid-November 2022.

3. In the event this Motion is granted, Ms. Gougis requests that outstanding deadlines be extended to the extent necessary to allow Plaintiff to retain new legal counsel.

4. The granting of this Motion will not be inequitable or unjust.

5. Ms. Gougis contacted the attorney for Defendants, Carrie Haas, and advised an assistant in her office that she would be filing this Motion. Ms. Gougis has not had the opportunity to consult with Ms. Haas directly on whether she is agreeable to this Motion.

WHEREFORE, Nina R. GOUGIS, attorney, prays that the Court:

A. Grant her Motion to Withdraw;

B. Enter an order withdrawing Ms. Gougis as counsel in this case;

C. Extending outstanding deadlines to the extent necessary to allow Plaintiff to retain new legal counsel; and

D. Grant such other and further relief as the Court deems appropriate.

By: _____
Nina R. Gougis

Law Office of Nina R. Gougis
524 Court Street
Pekin, Illinois 61554
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2022, I electronically filed the foregoing Motion, along with this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notice to the following CM/ECF participants:

Carrie L. Haas (Illinois Bar No. 6281053)
clh@dunnlaw.com
DUNN LAW FIRM LLP
1001 N. Main Street, Suite A
Bloomington, Illinois 61701
TEL:  309-828-6241
FAX:  309-828-8321

Christopher Spanos, Co-Counsel for Defendants
115 E. Washington St., Suite 401
Bloomington, IL 61701
TEL: 309-888-5110
chris.spanos@mcleancountyil.gov

Dion McNeal
4516 W. George Street
Chicago, Illinois 60641
Via email and first class mail

                                                                       /s/ Nina R. Gougis
                                                                       Nina R. Gougis

Law Office of Nina R. Gougis
524 Court Street
Pekin, Illinois 61554
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: ninagougislaw@gmail.com