# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DION MCNEAL, <br><br> Plaintiff, <br><br> v. <br><br> MCLEAN COUNTY BOARD; MCLEAN COUNTY BOARD OF HEALTH; JUDY BUCHANAN, HANNAH EISNER, ALAN GINZBURG, SCOTT HUME, ROBERT KOHLHASE, SONJA REECE, CARLA POHL, RICHARD GINNETTI, CORY TELLO, SUSAN SCHAFER, CAMILLE RODRIGUEZ, JESSICA MCKNIGHT, and MICHELLE BUTLER, In Their Individual Capacities, <br><br> Defendants. | Case No. 20-CV-1413 <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL** <br> **Fed. R. Civ. Pro. 41(a)(1)(A)(ii)** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that Plaintiff's claims are to be voluntarily dismissed in their entirety without prejudice. Each party to bear their own costs and attorney fees.

BY: /s/ Dion A. McNeal
    Dion A. McNeal
    Plaintiff

BY: /s/ Carrie L. Haas
    Carrie L. Haas
    Bar No. 6281053
    Dunn Law Firm LLP
    1001 N. Main Street, Suite A
    Bloomington, IL 61701
    309-828-6241
    clh@dunnlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed this Joint Stipulation of Voluntary Dismissal, along with this Certificate of Service with the Clerk of the Court using the CM/ECF system.

N/A

I further certify that a copy of this Joint Stipulation of Voluntary Dismissal was served upon the following party by sending a copy via email to the following non-registered participants:

Mr. Dion McNeal
dionamcneal@gmail.com

                                                                s/Carrie L. Haas

Carrie L. Haas
ARDC # 6281053
Dunn Law Firm, LLP
1001 N. Main St., Suite A
Bloomington, IL 61701
Phone: (309) 828-6241
Fax: (309) 828-8321
clh@dunnlaw.com